United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DANILO GARCIA DIAZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1360 |
| | § | |
| D. C. COLE *et al.* | § | |

# ORDER

This case is reassigned to the docket of United States District Judge David S. Morales by agreement of the judges.

Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to United States District Judge David S. Morales for further proceedings.

It is so **ORDERED**.

**SIGNED** August 18, 2026.

Marina Garcia Marmolejo
United States District Judge